**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
**250 South Clinton Street**
**2nd Floor**
**SYRACUSE, NEW YORK 13202**

**TELEPHONE: (315)471.1499**
**FAX: (315)471.4811**

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

April 4, 2011

Clerk - Bankruptcy Court
100 South Salina St. Suite 310
Syracuse, NY 13202

**RECEIVED**

APR 11 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

RE:    06-33278 Skipworth

Rec'd $7.20
LM · 4·11·11

Dear Clerk:

Enclosed please find check #817557 in the amount of $7.20. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

   Claim No.009

| Acct# | Name | Verizon Bankruptcy Dept. |
|-------|---------|--------------------------|
|       | Address | 3900 Washington St. |
|       | Address | Wilmington, DE  19802 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M Moore

Kristie M. Moore
Account Clerk

**FILED**

APR 11 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Enc.